IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BENNIE RAY WALLER, JR.                                                        PLAINTIFF

V.                                               CIVIL ACTION NO. 1:21-CV-00164-RP

LEE COUNTY, et al.                                                 DEFENDANTS

<u>ORDER REQURING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT</u>

This matter comes before the Court upon Plaintiff Bennie Ray Waller, Jr.'s *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Plaintiff complains about the conditions of his confinement while housed at the Lee County Adult Detention Center. *Id.* In order for the Court to properly assess the merits of Plaintiff's claims, more information is needed. Accordingly, Plaintiff must submit additional information regarding his claims, specifically he is directed to provide a description of each named Defendant's—Lee County, Sheriff Jim Johnson, and Jail Administrator Partlow—personal involvement in the alleged actions or inactions identified in his complaint. Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 7th day of December, 2021.

                                                   /s/ Roy Percy
                                                   UNITED STATES MAGISTRATE JUDGE