IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BENNIE RAY WALLER, JR.                                      PLAINTIFF

V.                                                                   CIVIL ACTION NO. 1:21-CV-00164-RP

LEE COUNTY,
JIM JOHNSON, and
PARTLOW                                                       DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 20th day of January, 2022.

                                                                /s/ Roy Percy
                                                                UNITED STATES MAGISTRATE JUDGE